TOMÁS LESPIER GARCÍA, EN SU CARÁCTER DE APODERADO GENERAL DE SU TÍA JOSEFA LESPIER VDA. DE RIVERA, demandante y apelante, *v.* DOMINGO MORALES, demandado y apelado.

Núm. 9630.—*Sometido:* Abril 2, 1948. *Resuelto:* Junio 2, 1948.

*Aníbal Padilla*, abogado del apelante; *José N. Dapena Laguna*, abogado del apelado.

El Juez Presidente Señor Travieso emitió la opinión del tribunal.

Se trata de una demanda de *injunction* para recobrar la posesión de ciertas parcelas de terrenos y daños y perjuicios. El primer párrafo de la demanda dice así:

"Comparece en este caso el demandante Tomás Lespier, como apoderado, con poder general de su Sra. tía, doña Josefa Lespier Vda. de Rivera, bajo el más solemne juramento y asistido de su abogado que suscribe, respetuosamente alega:"

Tanto en su contestación a la moción sobre injunction preliminar como en su contestación a la demanda, el demandado alegó como defensa especial "que el demandante no tiene capacidad legal para demandar, toda vez que ejercita la acción como apoderado de su tía Josefa Lespier Vda. de Rivera, y según la Regla 17 de las de Enjuiciamiento Civil vigente, toda acción debe ejercitarse por la parte realmente interesada, siendo la única excepción los juicios de desahucio."

La corte inferior, después de oír a las partes en pro y en contra de la cuestión planteada, concedió a la parte demandante un plazo de cinco días para enmendar su demanda en el sentido de que la Sra. Lespier Vda. de Rivera es la demandante. Habiéndose negado el demandante a enmendar su demanda, la corte, a petición del demandado dictó sentencia desestimando la demanda, con costas al de-

mandante incluyendo $100 para honorarios de abogado. No estuvo conforme el demandante e interpuso el presente recurso.

██ La Regla 17(a) de las de Enjuiciamiento Civil, en que se basa la sentencia apelada, dice:

"(a) *Acción Deberá Ejercitarse en Nombre de la Parte Realmente Interesada.* Toda acción deberá ejercitarse en nombre de la parte realmente interesada, excepto en los casos en que se dispone otra cosa por estas Reglas. Sólo podrán comparecer ante las cortes en representación de otras personas los abogados legalmente autorizados para ejercer su profesión conforme a las disposiciones de la ley."

La precedente regla, que es la regla general, es la aplicable al caso de autos, por no estar el mismo comprendido dentro de ninguna de las excepciones establecidas por la misma Regla 17, en sus apartados (c) a (k), ambos inclusives. De acuerdo con dicha regla general, la señora Josefa Lespier Vda. de Rivera, alegada dueña de las parcelas de cuya posesión se trata, es la persona realmente interesada a cuyo nombre debió ejercitarse la acción. No erró la corte inferior al resolver que el alegado apoderado de dicha señora no tenía derecho a comparecer como parte demandante.

*La sentencia recurrida debe ser confirmada.*

El Juez Asociado Sr. De Jesús no intervino.

El Juez Asociado Sr. Snyder disintió.